Argued and submitted September 13, remanded with instructions October 11, 1995

In the Matter of
Jared Michael Kuhn, a Child.

## STATE ex rel JUVENILE DEPARTMENT OF CLACKAMAS COUNTY,
*Respondent,*

*v.*

## Keith KUHN and Marlene Kuhn,
*Appellants.*

(J92-4-17; CA A85139)

904 P2d 177

Steven M. Richkind filed the brief for appellants.

Stephanie Striffler, Assistant Attorney General, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

## PER CURIAM

■    Parents appeal two dispositional orders relating to placement of their child in substitute care. The state concedes that the trial court's dispositional order fails to comply with the provisions of ORS 419B.476(4) requiring that the court enter written findings specifying why neither placement with parents nor adoption is appropriate, and specifying a projected timetable for return home. Accordingly, we remand for the court to enter an order that complies with ORS 419B.476(4).

■    Parents also contend that the court erred in failing to enter its orders within 20 days of the hearings as required by ORS 417B.476(2). The state responds that, although the court entered the orders more than 20 days after the hearings, the orders were entered *nunc pro tunc* to the date of the hearings. Even assuming, as parents argue, that the court's entry of the orders *nunc pro tunc* cannot cure the statutory defect, and even assuming a remedy exists for the court's failure to comply with the statute, parents have not shown prejudice from the court's failure to enter the orders within the statutory time.

Remanded for entry of corrected order in compliance with ORS 419B.746(4).